389 A.2d 677

Commonwealth v. Carter, Appellant.

 Submitted March 21, 1977.
Roy H. Davis, Assistant Public Defender, for appellant;
Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.